UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: Testosterone Replacement Therapy Products Liability Litigation | MDL 2545 |
| | Case No. 1:14-cv-01748 |
| This document relates to: | |
| | Hon. Matthew F. Kennelly |
| John J. Borreca | |
| Plaintiff | Case No. 1:15-cv-10823 |
| v. | |
| AbbVie Inc., et al | |
| Defendants | |

## <u>NOTICE OF FILING CERTIFICATION</u>

Pursuant to the Court's directive in the Court's Order dated January 28, 2019 (Doc. 7), I hereby certify that Plaintiff John J. Borreca was provided a copy of the Court's January 28, 2019 Order (Doc. 7) via email sent on January 28, 2019 at 11:26 a.m.  Mr. Borreca confirmed receipt of same via email on January 28, 2019 at 9:21 p.m.

Respectfully submitted,

s/Peter J. Brodhead
Peter J. Brodhead (OH 0006733)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
pbrodhead@spanglaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

s/Peter J. Brodhead
Peter J. Brodhead (OH 0006733)
*Counsel for Plaintiff*