UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE Testosterone Replacement Therapy Products Liability Litigation<br><br>This document relates to:<br><br>John J. Borreca<br><br>      Plaintiff<br><br>v.<br><br>AbbVie Inc., et al<br><br>      Defendants | MDL 2545<br><br>Case No. 1:14-cv-01748<br><br>Hon. Matthew F. Kennelly<br><br>Case No. 1:15-cv-10823 |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Now comes Plaintiff, by and through counsel, and hereby provides notice to the Court and counsel of record that Dustin B. Herman, Esq., of Spangenberg Shibley & Liber LLP, makes his appearance and is hereby substituting Peter J. Brodhead as counsel for Plaintiff in this action. Mr. Brodhead's status at Spangenberg Shibley & Liber LLP became of counsel as of January 1, 2019. Per CMO 3, no *pro hac vice* motion is being filed.

Please direct all future correspondence and notices to the undersigned counsel.

Respectfully submitted,

s/Dustin B. Herman
Dustin B. Herman (OH 0093163)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
dherman@spanglaw.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

s/Dustin B. Herman
Dustin B. Herman (OH 0093163)
*Counsel for Plaintiff*